In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00295-CV
_____

**BECON CONSTRUCTION COMPANY, INC. AND BECHTEL EQUIPMENT OPERATIONS, INC., Appellants**

**V.**

**JOSE ALONSO, MIGUEL BETANCOURT, JOSE RODRIGUEZ, LUIS GUAJARDO, ALEJANDRO SALINAS, AND RICARDO SALINAS JR., Appellees**

**On Appeal from the 58th District Court
Jefferson County, Texas
Trial Cause No. A-190,853**

**ORDER**

On June 20, 2013, the trial court signed an interlocutory order, which identified a controlling question of law that may materially advance the ultimate termination of the litigation, and granted permission to appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2012); *see also* Tex. R. Civ. P. 168. On July 5, 2013, Becon Construction Company, Inc. and Bechtel Equipment

1

Operations, Inc. filed a petition for permission to appeal from the interlocutory order. *See* Tex. R. App. P. 28.3(a). The appellees, Jose Alonso, Miguel Betancourt, Jose Rodriguez, Luis Guajardo, Alejandro Salinas, and Ricardo Salinas Jr., filed a response. *See* Tex. R. App. P. 28.3(f).

The Court grants the petition for permissive appeal of the trial court's order of June 20, 2013. *See* Tex. R. App. P. 28.3(k). Notice of appeal is deemed filed as of the date of this Order. *See* Tex. R. App. P. 28.3(k). The record is due August 5, 2013. *See* Tex. R. App. P. 35.1(b). The brief of the appellant is due twenty days after the record is filed. *See* Tex. R. App. P. 38.6(a). The brief of the appellee is due twenty days after the filing of the brief of the appellant. *See* Tex. R. App. P. 38.6(b). The Clerk of the Court shall file a copy of this Order with the trial court clerk. *See* Tex. R. App. P. 28.3(k).

ORDER ENTERED July 25, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.